UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Terina Allen,**

      **Plaintiff,**

**-V-**                                    **Case No. C-2-05-0707**
                                        **JUDGE SMITH**
                                        **Magistrate Judge King**

**Ohio Department of Job
and Family Services,** *et al.***,**

      **Defendants.**

## OPINION AND ORDER

This matter is before the Court on Defendants Ohio Department of Job & Family Services and Thomas Hutter's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) (Doc. 7). For the reasons that follow, Defendants' Motion is **GRANTED**.

Defendants argue that the Court lacks subject matter jurisdiction over Plaintiff's Title VII claim against Defendant Hutter and her state law claims against ODJFS and Hutter and therefore they are entitled to judgment on the pleadings in accordance with Fed. R. Civ. P. 12(c). Plaintiff has filed a response to Defendants' Motion, but does not oppose it. Defendants' Motion for Judgment on the Pleadings is therefore **GRANTED**. Defendants are entitled to judgment on all claims asserted against Defendant Hutter and the state law claims asserted against ODJFS.

Therefore, the remaining claims in this case are the Title VII claims against ODJFS set forth in the Complaint as Counts I, II, and V.

The Clerk shall remove Doc. 7 from the Court's pending motions list.

**IT IS SO ORDERED.**

  /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**